E-FILED
Monday, 08 May, 2006  10:58:51 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANDRE COLEMAN,
    Plaintiff,

v.                                            05-3308

ROGER WALKER et al.,

    Defendants.

### Case Management Order #2

All the defendants have been served and have appeared.

IT IS THEREFORE ORDERED:

1) The motion for a HIPAA qualified protective order by Defendants Brown and Kaler is granted (d/e 27). The clerk is directed to enter the proposed order with the court's electronic signature.

2) The plaintiff shall disclose expert witnesses and expert testimony pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) by June 30, 2006.

3) The defendants shall disclose expert witnesses and expert testimony pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) by July 31, 2006.

4) Discovery closes August 31, 2006. The plaintiff's incarceration limits him to written discovery. Written discovery shall be served on a party at least 30 days before the discovery deadline.

5) Dispositive motions are due October 2, 2006.

6) The court will not entertain motions to compel unless the party making the motion shows he has timely filed discovery requests for the information sought pursuant to the Federal Rules of Civil Procedure. The parties do not file their discovery requests with the court, unless there is a dispute regarding such discovery. *See* CDIL-LR 26.3. Motions to compel must be accompanied by the relevant portions of the discovery request and the response. Motions to compel must be filed within 14 days of receiving an unsatisfactory response to a discovery request, except for good cause shown.

7) A final pretrial is scheduled for March 7, 2007, at 1:30 p.m., by video conference.

8) A jury trial is scheduled for March 12, 2007, at 9:00 a.m., before the Court in Urbana, 201 S. Vine.

Entered this <u>8th</u> Day of <u>May</u>, 2006.

                                               **s\Harold A. Baker**

                                          HAROLD A. BAKER
                                  UNITED STATES DISTRICT JUDGE